**No. 52534.**—Technical Fisheries Co. *v.* United States, protest 119154–K (San Francisco).

Opinion by COLE, J. The testimony established that there were included among the different kinds of imported fish, 328 pieces of totoaba, amounting to 19,112 pounds. The totoaba in question was therefore held dutiable as claimed.

**No. 52535.**—Wm. H. Grundy Co., Inc., et al. *v.* United States, protests 136294–K, etc. (Philadelphia, St. Louis, and San Francisco).

Opinion by COLE, J. The protests were dismissed.

**No. 52536.**—K. Iguchi et al. *v.* United States, protests 909040–G, etc. (Bridgeport, Denver, and Los Angeles).

Opinion by COLE, J. The protests were dismissed.

BEFORE THE SECOND DIVISION, SEPTEMBER 10, 1948

**No. 52537.**—C. H. Powell Co. et al. *v.* United States, protests 82633–K, etc. (Boston and Cleveland).

Opinion by LAWRENCE, J. The protests were dismissed.

SEPTEMBER 3, 1948

**No. 52538.**—Philip Blum & Company, Inc. *v.* United States, protest 126467–K.— Plaintiff's application for rehearing granted.

**No. 52539.**—Frances B. Wilcon *v.* United States, protest 120729–K. —C. D. 1123. Plaintiff's application for rehearing granted.